**DOLBY LABORATORIES, INC. and Dolby Laboratories Licensing Corporation, Plaintiffs/Counterclaim Defendants–Cross Appellants,**

v.

**LUCENT TECHNOLOGIES, INC., Defendant/Counterclaimant– Appellant,**

and

**Lucent Technologies Guardian I LLC, Counterclaimant–Appellant.**

No. 06–1053, 06–1060.

United States Court of Appeals, Federal Circuit.

Oct. 10, 2006.

Before LINN, PROST, Circuit Judges and SARIS, District Judge.*

* Honorable Patti B. Saris, District Judge, United States District Court for the District Massachusetts, sitting by designation.

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and AD-JUDGED:

*AFFIRMED.* *See* Fed. Cir. R. 36.